# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ROBERT H. BEVERLIN,**

    **Plaintiff,**

v.                                                            Case No. 1:20-cv-178-AW-GRJ

**L. PETERSEN, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the magistrate judge's September 25, 2020, Report and Recommendation (ECF No. 8), to which there has been no objection, I now determine the Report and Recommendation should be adopted. Plaintiff has not stated a claim against Defendants Dr. R. Molina or Steven Wheeler. He has not alleged direct involvement, and he has not alleged enough to sustain a § 1983 claim based on supervisory liability.

It is now ORDERED:

1. The Report and Recommendation (ECF No. 8) is adopted and incorporated into this order.

2. The claims against Dr. R. Molina and Steven Wheeler are dismissed without leave to amend for failure to state a claim for relief.

3. The matter will proceed against the remaining defendant, and the magistrate judge will conduct further appropriate proceedings.

SO ORDERED on November 8, 2020.

                                               s/ *Allen Winsor*
                                               United States District Judge