IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROBERT H. BEVERLIN,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**Case No. 1:20-cv-178-AW-GRJ**

**LAURA PETERSEN,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Laura Petersen, the remaining defendant, has moved to dismiss. ECF No. 13. The magistrate judge has issued a report and recommendation, concluding I should grant that motion. ECF No. 18. Neither party has filed any objection. Having carefully considered the matter, I agree with the magistrate judge.

Beverlin has not stated a plausible Eighth Amendment claim because he has not alleged facts that would support a finding of deliberate indifference. And he has stated no plausible state-law claim for elder abuse. Beverlin will have a final opportunity to amend to state a claim.

The report and recommendation (ECF No. 18) is adopted and incorporated into this order. The motion to dismiss (ECF No. 13) is GRANTED. Beverlin has 20 days to file a second amended complaint. If he does not do so, the case will be dismissed.

The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on August 16, 2021.

s/ *Allen Winsor*  
United States District Judge