IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT HENRY BEVERLIN,

     Plaintiff,

v.                                    CASE NO. 1:20-cv-178-AW-GRJ

L PETERSON,

     Defendant.

_____/

## REPORT AND RECOMMENDATION

The Court granted Defendant's motion to dismiss this case, finding that "Beverlin has not stated a plausible Eighth Amendment claim because he has not alleged facts that would support a finding of deliberate indifference. And he has stated no plausible state-law claim for elder abuse." ECF No. 20. The Court afforded Plaintiff an opportunity to file a Second Amended Complaint within 20 days of the Order Adopting Report and Recommendation on August 16, 2021, and ordered that "[i]f he does not do so, the case will be dismissed." The Court concluded: "[t]he magistrate judge will conduct further appropriate proceedings." *Id.*

As of this date, Plaintiff has failed to file a Second Amended Complaint. Accordingly, it is respectfully **RECOMMENDED** that

this case be **DISMISSED.**

    **IN CHAMBERS** this 29th day of November 2021.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

    **Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.