IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROBERT H. BEVERLIN,**

    **Plaintiff,**

**v.**                                                        Case No. 1:20-cv-178-AW-GRJ

**LAURA PETERSEN,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have reviewed the magistrate judge's November 29, 2021 report and recommendation, to which there has been no objection. The report and recommendation (ECF No. 22) is adopted and incorporated into this order. The clerk will enter judgment that says, "This case is dismissed for failure to state a claim." The clerk will then close the file.

SO ORDERED on December 29, 2021.

                                                      s/ *Allen Winsor*
                                                      United States District Judge